

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2018

No. 04-17-00815-CR

Issac **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8370B
The Honorable Joey Contreras, Judge Presiding

# O R D E R

The court reporter has filed a notification of late record requesting an extension of time to file the reporter's record. The extension is GRANTED. The reporter's record is due March 12, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court